IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3005 |
| | ) | |
| v. | ) | ORDER FOR EXTENSION |
| | ) | OF TIME TO SERVE SUMMONS |
| | ) | AND COMPLAINT |
| DEBORAH L. RED n/k/a Deborah L. Swedenburg; CRAIG L. SWEDENBURG; KELLY M. THOMAS; GREEN ACRES LANDSCAPING & GARDEN CENTER, LLC; CORNERSTONE BANK, N.A., | ) ) ) ) ) ) ) | |
| | ) | |
| Defendant(s). | ) | |

Upon the Plaintiff's Motion for Extension of Time to Serve Summons and Complaint, (filing 11),

IT IS HEREBY ORDERED that the motion [11] is granted, and plaintiff is granted until June 30, 2006, within which to complete service by publication upon Defendant Craig L. Swedenburg.

DATED April 19, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge