IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 4:06CV3005 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER OF DISMISSAL |
| ) | |
| DEBORAH L. RED n/k/a Deborah L. ) | |
| Swedenburg; CRAIG L. ) | |
| SWEDENBURG; KELLY M. ) | |
| THOMAS; GREEN ACRES ) | |
| LANDSCAPING & GARDEN ) | |
| CENTER, LLC; CORNERSTONE ) | |
| BANK, N.A., ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the Plaintiff's Motion for Dismissal. Having reviewed the motion, I find that the matter should be dismissed under Fed. R. Civ. P. 41(a)(2) without prejudice. Accordingly,

IT IS ORDERED:

1. Plaintiff's Motion for Dismissal (Filing No. 20) is granted;

2. The Complaint is dismissed without prejudice; and

3. The parties shall bear their own costs and attorney fees.

DATED this 27th day of September, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge